RECEIVED
UNITED STATES MARSHAL

2020 SEP 10

EASTERN DISTRICT
OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Offender Under Supervision

**Name of Offender:**  Ravinder Singh               **Docket Number:**  0972 2:15CR00232-001

**Name of Judicial Officer:**   United States District Judge John A. Mendez

**Date of Original Sentence:**   5/27/2016

**Original Offense:** 7 U.S.C. § 2024(b) - Unauthorized Use of Food Stamps (Class C Felony)

**Original Sentence:** 23 months custody of the Bureau of Prisons; 36-month term of Supervised Release; $100 Special Assessment; $1,577,429.29 Restitution; No Firearms; DNA Collection; Mandatory Drug Testing.

**Special Conditions:**

Warrantless Search
No Dissipation of Assets
Apply All Monies
Financial Disclosure
Financial Restrictions

I hereby certify that the annexed
Instrument is a true and correct copy of
the original on file in my office.
ATTEST: KEITH HOLLAND

Clerk, U. S. District Court
Eastern District of California

By____R. Umena-Sanchez____
Deputy Clerk

Dated____9/10/2020____

**Type of Supervision:**   TSR

**Date Supervision Commenced:**       05/09/2018 – Original term of Supervised Release
                                       10/08/2019 – Term of Supervised Release after revocation

**Other Court Actions:**

**01/07/2019:**   Prob 12C Petition for Warrant filed with the Court alleging the offender violated his terms of Supervised Release by failing to report law enforcement contact, New Law violation, and leaving the district without permission. The Honorable Garland E. Burrell, Jr. ordered the issuance of a warrant.

**03/08/2019:**   Initial appearance on violation of Supervised Release held in the Northern District of California. The offender is ordered removed to the Eastern District of California for further Court proceedings.

PROB 12C
(07/13)

RE: **Ravinder Singh**                                   **Docket Number: 0972 2:15CR00232-01**

**04/04/2019:**   Initial appearance in the Eastern District of California.  Offender ordered detained.

**10/04/2019:**   Sentencing:  214 days custody; 31-month term of Supervised Release.  Special conditions include:  Search; Not dissipate assets; Apply all monies; Financial disclosure; Financial restrictions; Drug/alcohol treatment; Drug/alcohol testing; Abstain from alcohol; Inpatient correctional treatment program for up to 365 days.

**09/09/2020:**   Case reassigned to the Honorable John A. Mendez.

---

## PETITIONING THE COURT

### ☒ TO ISSUE A WARRANT

The probation officer alleges the offender has violated the following conditions(s) of supervision:

**Charge Number**          **Nature of Violation**

**Charge 1:**              **NEW LAW VIOLATION**

On September 7, 2020, Ravinder Singh was arrested by the Santa Clara Police Department for violation of a restraining order, a violation of probation, and hit and run.  This is in violation of the Mandatory Condition which states, *"The defendant shall not commit another federal, state or local crime."*

**Justification:**  On September 8, 2020, the undersigned spoke to Officer Telles with the Santa Clara County Police Department.  Officer Telles reported the offender had been arrested after harassing and following his wife in violation of a no-contact restraining order.  According to Officer Telles, the offender drove to his wife's home and began yelling at her while she was inside.  Later, as his wife was leaving the house in her car, the offender followed her and hit her car with his.  He then began banging on her windows while yelling at her.  He was subsequently arrested and booked for the above charges; the police report was requested and is pending receipt.  According to the Santa Clara County Jail website, the offender has court in this matter on September 10, 2020.

> **Custody Status/Location** – Santa Clara County Jail

> **Booking/CDCR Number** – 20022346

**Detention:**  The offender has had multiple instances of domestic violence against his wife.  He is currently on probation in Santa Clara County for domestic violence.  This most recent incident speaks to the offender's inability to control his anger and his risk of danger to the community.  As such, it is respectfully requested a warrant be issued for his arrest and Mr. Singh remain detained until resolution of this violation petition.

PROB 12C
(07/13)

RE: **Ravinder Singh**                                    **Docket Number: 0972 2:15CR00232-01**


**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**      September 9, 2020
                      Modesto, California
                      WM/lr

                                              Respectfully submitted,

                                              *[signature]*

                                              **Whitney Mize**
                                              **United States Probation Officer**
                                              Telephone: (209) 574-9429

**DATED:**      9/9/2020

                                              Reviewed by,

                                              *[signature]*

                                              **Laura Weigel**
                                              **Supervising United States Probation Officer**

PROB 12C
                                                                    (07/13)

RE: **Ravinder Singh**                               **Docket Number: 0972 2:15CR00232-01**

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other:

## FURTHER PROCEEDINGS REGARDING CUSTODY:

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

DATED:  9/9/2020                          /s/ John A. Mendez_____

                                         United States District Court Judge

cc:     United States Probation

        Assistant United States Attorney: Michael Redding

        United States Marshal Service

PROB 12C
                                                    (07/13)

RE: **Ravinder Singh**                                    **Docket Number: 0972 2:15CR00232-01**

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable John A. Mendez
United States District Judge
Sacramento, California

RE:   Singh, Ravinder
**Docket Number: 0972 2:15CR00232-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**

     **a. Evidence:**

        i.    Santa Clara Police Department Report Number 20-907066, detailing the events that occurred on September 7, 2020.

     **b. Witnesses:**

        i.    Officers from the Santa Clara Police Department will testify as to the events that occurred on September 7, 2020.

Respectfully submitted,

_(signature)_

**Whitney Mize**
**United States Probation Officer**
Telephone: (209) 574-9429

**DATED:**   9/9/2020
           Modesto, California

PROB 12C
(07/13)

RE: **Ravinder Singh**                                    **Docket Number: 0972 2:15CR00232-01**


Reviewed by,

*Laura Weigel*
_____
**Laura Weigel**
**Supervising U.S. Probation Officer**

PROB 12C
(07/13)

RE: **Ravinder Singh**                              **Docket Number: 0972 2:15CR00232-01**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Offender:**   Ravinder Singh          **Docket Number:**          0972 2:15CR00232-01

**Date of Original Offense:**   2005 to October 2011

**Original term of supervised release imposed: 3 years**

**Highest grade of violation alleged: C**

**Criminal History Category of offender: II**

**Original guideline range: 46 to 57 months.**

**Chapter 7 range of imprisonment: 4 to 10 months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒      **Class C and/or D felony - 2 years**

**Violation requires mandatory revocation: YES: ☐   NO: ☒**

**Original offense committed on or after 04/30/2003**: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.